UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | NO. 1:CV-06-1889 |
| | ) | |
| v. | ) | (Judge Conner) |
| | ) | |
| $1,000,100.00 in United States Currency and $74,750.00 in United States Currency, | ) ) ) | |
| | ) | |
| Defendants. | ) | (Electronically filed) |

FILED
HARRISBURG
APR 2 3 2007
MARY E. D'A[...]
Per_____ CLERK

## FINAL ORDER OF FORFEITURE

Upon Motion of the United States of America, the Court makes the following findings of fact:

1. A Verified Complaint for Forfeiture was filed on September 26, 2006. The Complaint alleges that the defendant property was involved in knowing violations of 18 U.S.C. §§ 1956 and 1957 and therefore is subject to forfeiture to the United States pursuant to 18 U.S.C. § 981.

2. Pursuant to a Notice of Complaint for Forfeiture issued by this Court on September 26, 2006, all persons interested in the defendant property were required to file their claims with the Clerk of Court within thirty (30) days of service of the Complaint,

publication of the Notice of Complaint for Forfeiture or actual notice of this action, whichever occurred first. It appears that process was fully issued in this action and returned according to law.

3. Proper service was accomplished on all interested parties.

4. No other claimants or parties of interest have filed a Verified Complaint or Answer within the time permitted by Rule C of the Supplemental Rules for Certain Admiralty and Maritime Claims and the time to do so has run.

5. On March 26, 2007, the Court entered default against defendant property.

NOW, THEREFORE, upon motion of the United States for Final Order of Forfeiture, it is hereby ORDERED, ADJUDGED AND DECREED that:

> 1) The defendant property consisting of $1,000,100.00 in United States currency and $74,750.00 in United States currency is hereby condemned, forfeited and vested in the United States of America;

2

2) No right, title or interest in the defendant property shall exist in any other party;

3) The United States Treasury Department is directed to dispose of the defendant property according to law;

4) The United States is entitled to its costs herein; and

5) The Clerk is hereby directed to send attested copies of this Order to all counsel of record.

Dated this 23rd day of April, 2007.

_____
CHRISTOPHER C. CONNER
UNITED STATES DISTRICT JUDGE